NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MEDTRICA SOLUTIONS LTD.,**
**A CANADA CORPORATION,**
*Plaintiff-Appellee*

**v.**

**CYGNUS MEDICAL, LLC,**
**A CONNECTICUT LIMITED LIABILITY COMPANY,**
*Defendant-Appellant*

**v.**

**STERIS CORPORATION,**
**AN OHIO CORPORATION,**
*Defendant-Appellee*

---

2014-1400

---

Appeal from the United States District Court for the Western District of Washington in No. 2:12-cv-00538-RSL, Judge Robert S. Lasnik.

---

## JUDGMENT

---

ROD STEVEN BERMAN, Jeffer, Mangels, Butler & Marmaro, LLP, Los Angeles, CA, argued for plaintiff-appellee,

defendant-appellee. Also represented by JESSICA BROMALL SPARKMAN for plaintiff-appelle; MICHAEL JOHN ESTOK, Lindsay Hart, LLP, Portland, OR, for defendant-appellee.

BENJAMIN J. LEHBERGER, St. Onge Steward Johnston & Reens, LLC, Stamford, CT, argued for defendant-appellant. Also represented by WESLEY W. WHITMYER, STEPHEN BALL.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (TARANTO, MAYER, and HUGHES, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| March 6, 2015 | /s/ Daniel E. O'Toole |
| Date | Daniel E. O'Toole |
| | Clerk of Court |